Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 365 Fed. Appx. 582.

### No. 09-11213. Xavier Antwone Blackwood, Petitioner v. United States.

562 U.S. 802, 131 S. Ct. 161, 178 L. Ed. 2d 3, 2010 U.S. LEXIS 6154.

October 4, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 368 Fed. Appx. 345.

### No. 09-10029. Winford Kent Bishop, Petitioner v. Antonio Johnson, et al.

562 U.S. 802, 131 S. Ct. 74, 178 L. Ed. 2d 3, 2010 U.S. LEXIS 7691.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Georgia dismissed. See Rule 39.8.

Same case below, 684 S.E.2d 885.

### No. 09-10553. Scott D. Johnson, Petitioner v. David A. Varano, Superin-

tendent, State Correctional Institution at Coal Township, et al.

562 U.S. 802, 131 S. Ct. 89, 178 L. Ed. 2d 3, 2010 U.S. LEXIS 7832.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8.

### No. 09-10596. Kathalina Monacelli, Petitioner v. New York State Banking Department, et al.

562 U.S. 802, 131 S. Ct. 91, 178 L. Ed. 2d 3, 2010 U.S. LEXIS 7798.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit dismissed. See Rule 39.8.